929

UNITED STATES of America,
Plaintiff-Appellee

v.

Adan JONJITUD-ANTONIO,
Defendant-Appellant

No. 16-40586
Conference Calendar

United States Court of Appeals,
Fifth Circuit.

Date Filed: 12/20/2016

Renata Ann Gowie, Assistant U.S. At-
torney, U.S. Attorney's Office, Southern
District of Texas, Houston, TX, for Plain-
tiff-Appellee

Adan Jonjitud-Antonio, Pro Se

Before DENNIS, PRADO, and OWEN,
Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed
to represent Adan Jonjitud-Antonio has
moved for leave to withdraw and has filed
a brief in accordance with *Anders v. Cali-
fornia*, 386 U.S. 738, 87 S.Ct. 1396, 18
L.Ed.2d 493 (1967), and *United States v.
Flores*, 632 F.3d 229 (5th Cir. 2011). Jonji-
tud-Antonio has not filed a response. We
have reviewed counsel's brief and the rele-
vant portions of the record reflected there-
in. We concur with counsel's assessment
that the appeal presents no nonfrivolous
issue for appellate review. Accordingly,

* Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under

counsel's motion for leave to withdraw is
GRANTED, counsel is excused from fur-
ther responsibilities herein, and the AP-
PEAL IS DISMISSED. *See* 5TH CIR. R.
42.2.

the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be